**DISMISS and Opinion Filed June 30, 2021**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00270-CV

## DAVID EDWARD DAIGLE, Appellant
## V.
## ALDI (TEXAS) L.L.C., 75/82 SHERMAN CROSSING, LTD., AND TITUS TRANSPORT HOLDINGS, LLC, Appellees

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-18940**

## MEMORANDUM OPINION

Before Justices Myers, Partida-Kipness, and Garcia
Opinion by Justice Garcia

The clerk's record is past due. By order dated June 3, 2021, we ordered the Dallas County District Clerk to file, within fifteen days, either the clerk's record or written verification that appellant has not paid or made arrangements to pay for the record. We cautioned appellant that if we received verification that he has not paid or made arrangements to pay for the record, we would dismiss the appeal without further notice. *See* TEX. R. APP. P. 37.3(b).

By letter dated June 10, 2021, the Dallas County District Clerk verified that appellant has not paid for the record. Accordingly, we dismiss the appeal for want of prosecution. *See id*.

/Dennise Garcia/

DENNISE GARCIA
JUSTICE

210270F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

DAVID EDWARD DAIGLE,
Appellant

No. 05-21-00270-CV      V.

ALDI (TEXAS) L.L.C., 75/82
SHERMAN CROSSING, LTD.,
AND TITUS TRANSPORT
HOLDINGS, LLC, Appellees

On Appeal from the 44th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-19-18940.
Opinion delivered by Justice Garcia.
Justices Myers and Partida-Kipness
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellees ALDI (TEXAS) L.L.C., 75/82 SHERMAN CROSSING, LTD., AND TITUS TRANSPORT HOLDINGS, LLC recover their costs of this appeal from appellant DAVID EDWARD DAIGLE.

Judgment entered June 30, 2021

–3–